UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT MICHAEL BAGETTA, et al.,

        Plaintiffs,        Case No. 1:07-cv-27

v.        HON. JANET T. NEFF

PATRICIA CARUSO, et al.,

        Defendants.

_____/

**ORDER**

In accordance with the Opinion entered this day:

IT IS ORDERED that Defendants' motion for summary judgment (docket #40) is DENIED.

Dated: March 12, 2008        /s/ Janet T. Neff
        Janet T. Neff
        United States District Judge