UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

ROBERT MICHAEL BAGETTA et al.,

        Plaintiffs,        Case No. 1:07-cv-27

v.        HON. JANET T. NEFF

PATRICIA CARUSO et al.,

        Defendants.
_____/

## **ORDER**

In accordance with the Opinion entered this day:

IT IS ORDERED that Plaintiff Bagetta's motion for reconsideration of the Court's order denying Plaintiffs' motion for TRO (docket #42) is DENIED.

IT IS FURTHER ORDERED that Plaintiff Bagetta's "Motion of Retaliation from Defendants for a Temporary Restraining Order/Or Preliminary Injunction Order Requesting Immediate Consideration" (docket #59) is DENIED.

March 12, 2008        /s/ Janet T. Neff
Date        JANET T. NEFF
        United States District Judge