UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT MICHAEL BAGETTA, et al.,

        Plaintiffs,        Case No. 1:07-cv-27

v.        HON. JANET T. NEFF

PATRICIA CARUSO, et al.,

        Defendants.
_____/

**ORDER**

In accordance with the Opinion entered this day:

IT IS ORDERED that Defendants' motion to dismiss for improper service (docket #48) is DENIED IN PART AND GRANTED IN PART.  Summary judgment is denied as to Defendants Caruso, Straub, Wolfe, Berghuis, R. Smith, B. Smith, D'Epifanio, Minnerick and Kanu, and granted with respect to Defendant Munday.

IT IS FURTHER ORDERED that Defendant Munday is DISMISSED from this action without prejudice.

March 12, 2008        /s/ Janet T. Neff
Date        JANET T. NEFF
        United States District Judge